UNITED STATES DISTRICT COURT
EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-20283 |
| Plaintiff, | HON. F. KAY BEHM |
| v. | United States District Judge |
| JAMMIE COLLIER, | |
| Defendant. | |

**STIPULATION AND ORDER SETTING DATES AND FOR A FINDING OF EXCLUDABLE DELAY**

On November 28, 2023, following the Court's denial of defendant's request for bond, a status conference was held. At the status conference defendant withdrew prior counsel's motion for discovery. The Court then advised that it was necessary to schedule the matter for trial. Dates were proposed and defendant requested additional time to evaluate the case and consider whether the filing of pretrial motions would be appropriate. The parties stipulate and agree that counsel's request for a continuance is appropriate because taking into account the exercise of due diligence, additional time is necessary to effectively evaluate the case and to prepare for trial. The parties therefore agree that the time between November 28, 2023 and the new trial date of March 12, 2024, is excludable pursuant to the provisions of the Speedy Trial Act. 18 U.S.C. §3161 *et. seq*. The parties further

agree that the ends of justice served by such continuance outweigh the best interests of the public and the defendant in a speedy trial.

The parties agree that dates in this matter should be reset as follows:

| | |
|---|---|
| **Motion Filing Deadline:** | January 16, 2024 |
| **Guilty Plea Cut-off:** | January 30, 2024 |
| **Trial Documents Due:** | February 22, 2024 |
| **Final Pretrial Conference:** | February 27, 2024 at 2:30 pm |
| **Jury Trial**: | March 12, 2024 at 9:00 am |

DAWN N. ISON
United States Attorney

| | |
|---|---|
| s/ NANCY A. ABRAHAM | s/ELIAS J. ESCOBEDO, JR. |
| Assistant United States Attorney | Attorney for Defendant |
| 600 Church Street, 2nd Floor | 995 West Huron |
| Flint, MI  48502 | Waterford, MI  48328 |
| (810) 766-5177 | (248) 682-8400 |

Dated:  December 1, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMMIE COLLIER,

    Defendant.

Case No. 23-cr-20283

HON. F. KAY BEHM
United States District Judge

## ORDER SETTING DATES AND FINDING OF EXCLUDABLE DELAY

By request and agreement of the parties', and the court being otherwise fully advised; **IT IS HEREBY ORDERED** that the parties' motion is granted and the dates in this matter are reset as follows:

| | |
|---|---|
| **Motion Filing Deadline:** | January 16, 2024 |
| **Guilty Plea Cut-off:** | January 30, 2024 |
| **Trial Documents Due:** | February 22, 2024 |
| **Final Pretrial Conference:** | February 27, 2024 at 2:30 pm |
| **Jury Trial**: | March 12, 2024 at 9:00 am |

**IT IS FURTHER ORDERED** that the time between November 28, 2023 and March 12, 2024 is excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, because considering the factors listed in section (h)(7)(B) and the reasons given by counsel on the record, this Court finds that the ends of

justice served by this delay outweigh the best interest of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

s/F. Kay Behm
F. KAY BEHM
United States District Judge

Entered: December 5, 2023